# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| WILLIAM N. DEVLIN and wife<br>CARRI A. LUCKSAVAGE, | ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:12-cv-00388-MR |
| vs. | ) ) | |
| WELLS FARGO BANK, N.A., | ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 21, 2014 Order.

March 21, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court